apsummon 8/2022

26-09013

# CERTIFICATION OF SERVICE

I, **Martha Barnhart** _____ (name), certify that service of this summons and a copy of the complaint was made **3·5·2026** _____ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Michael Prier                          Fitzgerald, Klesner, and Favelich PLC
1601 Menrose Dr NE    and    ATTN Steve G Klesner
North Liberty, IA 52317              273 Scott St, Ste B, P.O. Box 3400
                                      Iowa City, IA 52244

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date **3·5·2026**    Signature _/s/ Martha Barnhart_

Print Name: Martha Barnhart

Business Address: 601 S. Lindbergh Blvd.
Frontenac, MO 63131