UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| MICHAEL J. PRIER, | ) | Chapter 7 Bankruptcy |
| | ) | Case No. 25-01418 |
| _Debtor,_ | ) | |
| | ) | |
| VINER LAW FIRM, | ) | |
| | ) | |
| _Plaintiff,_ | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 26-09013 |
| | ) | |
| MICHAEL J. PRIER, | ) | |
| | ) | |
| _Defendant._ | ) | |
| | ) | |

**ANSWER TO COMPLAINT**

Defendant Michael J. Prier, by counsel, for his Answer to Plaintiff's Complaint, states as follows:

1. Defendant admits the allegations contained in paragraphs 1 through 6 of the Complaint.

2. Defendant admits the allegations contained in paragraph 7.

3. Defendant admits the allegations contained in paragraph 8.

4. Defendant admits that the state court entered orders relating to custody, visitation, and related obligations, but denies any characterization of his conduct beyond the contents of the state-court record.

5. Defendant admits that on November 2, 2025, the Iowa District Court entered an order finding Defendant in contempt, as alleged in paragraph 11.

6. Defendant denies the allegations contained in paragraph 12. Defendant specifically denies that the state court findings establish all elements required under 11 U.S.C. § 523(a)(6), denies that issue preclusion applies, and denies that the fee obligation is nondischargeable.

7. Defendant admits the allegations contained in paragraph 13 to the extent that the state court awarded attorney's fees.

8. Defendant admits that on December 22, 2025, the Iowa District Court entered an order assessing attorney's fees in the amount of $7,225.50 payable to Plaintiff.

9. Defendant denies that the attorney fee obligation is excepted from discharge under 11 U.S.C. § 523(a)(6).

10. Defendant denies that the attorney fee obligation is excepted from discharge under 11 U.S.C. § 523(a)(15).

11. Defendant denies each and every remaining allegation of the Complaint not expressly admitted herein.

**AFFIRMATIVE DEFENSES**

1. The Complaint fails to state a claim upon which relief can be granted.

2. The elements of 11 U.S.C. § 523(a)(6) are not established because the Plaintiff cannot show a deliberate or intentional injury within the meaning of *Kawaauhau v. Geiger*.

3. Issue preclusion does not apply because the issues decided by the state court are not identical to the elements required under 11 U.S.C. § 523(a)(6), and the issue of dischargeability is exclusively a matter of federal bankruptcy law.

4. The debt at issue is not a debt owed to a spouse, former spouse, or child within the meaning of 11 U.S.C. § 523(a)(15), but rather is an attorney fee award payable directly to Plaintiff law firm.

5.      Plaintiff is not the proper party to assert a claim under 11 U.S.C. § 523(a)(15) to the extent such claim requires a debt owed to a spouse, former spouse, or child, because Plaintiff is a third-party law firm and not the former spouse, and therefore the Plaintiff lacks standing on this claim.

6.   Defendant reserves the right to assert additional defenses as discovery and further proceedings may warrant.

**WHEREFORE**, Defendant requests that the Complaint be dismissed, that the debt be determined dischargeable, and that Plaintiff be denied all relief requested.

Respectfully submitted,

Dated: <u>April 6, 2026</u>

/s/ Steven G. Klesner
Steven G. Klesner  000013024
FITZGERALD, KLESNER &
PAVELICH, PLC
373 Scott Court, Ste B, PO Box 3400
Iowa City, IA 52244
steve@iclawfirm.com
(319)338-9852 Telephone
(319)354-7265 Facsimile
ATTORNEY FOR DEBTOR/DEFENDANT
MICHAEL J. PRIER

CERTIFICATE OF SERVICE

      The office of Johnston, Stannard, Klesner, Burbidge & Fitzgerald, P.L.C., attorneys for the Debtors, hereby certifies that a copy of the foregoing document has this day been served upon the persons indicated below, by electronic noticing from the Bankruptcy Court or by envelope addressed to the same at the addresses shown below with postage fully paid and by depositing said envelope in a United States Postal Service depository at Iowa City, Iowa, this 6th day of April, 2026.

/s/ Dawn M. Krabill

**Service List**

Eric J. Langston
222 Third Ave SE
Suite 501, Office 6
Cedar Rapids, IA 52401
Attorney for Plaintiff