## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: Michael J. Prier, | ) | Case No. 25-01418 |
| Debtor, | ) | (Chapter 7) |
| Viner Law Firm, | ) | Adv. Proc. No. 26-09013 |
| Plaintiff, | ) | |
| Michael J. Prier, | ) | Motion for |
| Defendant. | ) | Summary Judgment |

COMES NOW the Viner Law Firm (the "Plaintiff"), who files this Motion for Summary Judgment against Michael J. Prier (the "Defendant") and in support thereof states as follows:

## I.    Introduction

1.    Plaintiff Viner Law Firm moves for summary judgment determining that Defendant's attorney-fee obligation arising from a state-court contempt proceeding in the parties' dissolution case is nondischargeable under 11 U.S.C. §§ 523(a)(5), (a)(6), and (a)(15). The undisputed record establishes: (i) a final Contempt Order entered after a contested hearing finding willful violations of custody/parenting and communication orders and awarding the former wife her attorney's fees related to the contempt; and (ii) a subsequent Fee Order fixing the amount and directing payment to Plaintiff, former wife's counsel.

## II.    Request for Summary Judgment

2.    Plaintiff seeks summary judgment determining that the debt evidenced by the December 22, 2025 Fee Order in the amount of $7,225.50 is excepted from discharge under §§ 523(a)(15) and/or (a)(6), and, in the alternative, under § 523(a)(5) to the extent the Court finds the fee award is in the nature of support.

## III.  Incorporation

3.  This Motion incorporates the contemporaneously filed Statement of Undisputed Material Facts and Memorandum in Support, and relies on the following record materials: (1) Iowa District Court Order for Finding of Contempt dated Nov. 2, 2025; (2) Iowa District Court Order Assessing Attorney's Fees dated Dec. 22, 2025; (3) Complaint to Determine Nondischargeability; (4) Bankruptcy Court Order Granting Relief from Stay; and (5) Motion for Relief from Stay.

WHEREFORE the Plaintiff prays that the Court:  (I) grant the Motion for Summary Judgment; (II) determine that the $7,225.50 debt is nondischargeable under 11 U.S.C. §§ 523(a)(15) or 523(a)(6), and alternatively under § 523(a)(5); and (III) provide for such other relief as is just, proper, and necessary under the circumstances.

Date: June 18, 2026.

Respectfully submitted,

AEGIS Law,

# Eric J Langston

Eric J. Langston, AT0014001
Mailing:  601 S. Lindbergh Blvd.
        Frontenac, MO 63131
Physical: 222 Third Ave. SE
        Suite 501, Office 6
        Cedar Rapids, IA 52401
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com
*Attorney for Plaintiff*

---

**Certificate of Service**

I certify that I caused the foregoing to be filed with the CM/ECF on June 18, 2026, and mailed, as necessary to those parties not registered with CM/ECF, via USPS first-class, postage fully prepaid.

Eric J Langston