## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: Michael J. Prier, | ) | Case No. 25-01418 |
| Debtor, | ) | (Chapter 7) |
| Viner Law Firm, | ) | Adv. Proc. No. 26-09013 |
| Plaintiff, | ) | |
| Michael J. Prier, | ) | Statement of |
| Defendant. | ) | Undisputed Facts |

COMES NOW the Viner Law Firm (the "Plaintiff"), who files this Statement of Undisputed Facts and in support thereof states as follows:

1.     The parties' domestic relations case is pending in the Iowa District Court for Johnson County, Case No. CDDM018646.

2.     Following a contested evidentiary hearing, the Iowa District Court entered an Order Finding Defendant in Contempt of Court dated November 2, 2025 (the "Contempt Order").

3.     The Contempt Order holds that the "polestar in a contempt matter is always willfulness," requiring proof "beyond a reasonable doubt" of "conduct that is intentional and deliberate with a bad or evil purpose, or wanton and in disregard of the rights of others, or contrary to a known duty."

4.     The Contempt Order finds that "Michael is found to be in contempt of court" and, as punishment, imposes a 30-day jail sentence with purge conditions and orders that "Michael will also be ordered to pay Tracie's attorney fees related to the contempt proceedings, but those proceedings only."

5.     The Contempt Order further provides: "IT IS FURTHER ORDERED that as additional punishment for Michael's contempt, he shall pay all court costs

related to this proceeding and Tracie's reasonable and necessary attorney's fees related to this contempt matter," with a process for affidavit, objection, and hearing.

6.    On December 22, 2025, the Iowa District Court entered an Order Assessing Attorney's Fees (the "Fee Order"), directing Michael J. Prier (the "Defendant") to pay Respondent's reasonable attorney's fees in the amount of $7,225.50 "directly to Respondent's counsel of record within 30 days."

7.    The Bankruptcy Court has entered an Order Granting Relief from Automatic Stay "to permit Movant to proceed" in the State Court to enforce the Contempt Order and determine the amount of fees, while reserving dischargeability for this Court.

8.    Plaintiff commenced this adversary proceeding seeking a determination that the attorney-fee obligation is nondischargeable under 11 U.S.C. §§ 523(a)(15) and 523(a)(6).

Date: June 18, 2026.

Respectfully submitted,

AEGIS Law,

Eric J Langston

Eric J. Langston, AT0014001
Mailing:  601 S. Lindbergh Blvd.
          Frontenac, MO 63131
Physical: 222 Third Ave. SE
          Suite 501, Office 6
          Cedar Rapids, IA 52401
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com
*Attorney for Plaintiff*

**Certificate of Service**
I certify that I caused the foregoing to be filed with the CM/ECF on June 18, 2026, and mailed, as necessary to those parties not registered with CM/ECF, via USPS first-class, postage fully prepaid.

Eric J Langston

2