United States Bankruptcy Court

Northern District of Iowa

Viner Law Firm, PC,

    Plaintiff                                               Adv. Proc. No. 26-09013-TJC

Prier,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 22, 2026 | Form ID: telehrg | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

**Recip ID**         **Recipient Name and Address**
dft         +  Michael J. Prier, 1801 Wenrose Dr NE, North Liberty, IA 52317-8830

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026                 Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:**

**Name**         **Email Address**

Eric J. Langston

    on behalf of Plaintiff Viner Law Firm  PC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Steven G. Klesner

    on behalf of Defendant Michael J. Prier steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com

United States Trustee

    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 3

telehrg 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Michael J. Prier

Debtor

_____

Viner Law Firm, PC
Plaintiff

vs.

Michael J. Prier
Defendant

Chapter 7

Bankruptcy No. 25−01418

Adversary No. 26−09013

## NOTICE SETTING TELEPHONIC HEARING
## ON MOTION FOR SUMMARY JUDGMENT (DOC. 8)

To:
Eric J. Langston, Attorney for Plaintiff                    319−435−9793
Steven G. Klesner, Attorney for Defendant                  319−338−9852
United States Trustee

**NOTICE IS HEREBY GIVEN** the above matter(s) will come before the Court on:

### July 24, 2026 at 10:30 AM via Telephonic Hearing

All parties shall be prepared and available at the above date and time to accept the telephone call. The call shall be placed by the Attorney for Plaintiff. The telephone number for Chambers is 319−286−2230.

Date: June 22, 2026

Rebecca Hoefer
Clerk, Bankruptcy Court
by:

*Dylan Harvey*

Deputy Clerk