UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

MICHAEL J. PRIER,

    Debtor

Chapter  7

Bankruptcy No.  25-01418

VINER LAW FIRM, PC,

    Plaintiff

vs.

MICHAEL J. PRIER,

    Defendant

Adversary No.  26-09013

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: July 24, 2026
Hearing on: Motion for Summary Judgment (Doc. 8)

APPEARANCES:

Attorney Eric J. Langston for Plaintiff
Attorney Steven G. Klesner for Defendant

OUTCOME OF PROCEEDING:

This matter is taken under advisement.

Defendant's Surreply Brief is due on August 3, 2026.
Movant's Reply is due on August 10, 2026.

Ordered:
July 24, 2026

Thad J. Collins
Chief Bankruptcy Judge