E-FILED
CDDM018646 - 2025 DEC 22 11:06 AM    JOHNSON
CLERK OF DISTRICT COURT    Page 1 of 2

## IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

**UPON THE PETITION OF**

**MICHAEL JOSEPH PRIER**

**CASE NO.  06521  CDDM018646**

    **Petitioner,**

**AND CONCERNING**

**ORDER ASSESSING ATTORNEY'S FEES**

**TRACIE DEE VILLHAUER**

**Dated:  12/22/2025**

    **Respondent.**

Consistent with the Court's November 2, 2025, Order finding Petitioner to be in contempt of court, he is now ordered to pay Respondent's reasonable attorney's fees in the amount of $7,225.50. Payment of the same shall be made directly to Respondent's counsel of record within 30 days of the filing of this Order.

IT IS SO ORDERED.

Clerk to notify.

E-FILED   CDDM018646 - 2025 DEC 22 11:06 AM   JOHNSON
CLERK OF DISTRICT COURT   Page 2 of 2



State of Iowa Courts

| Case Number | Case Title |
|---|---|
| CDDM018646 | MICHAEL J. PRIER AC TRACIE D. PRIER |
| **Type:** | Other Order |

So Ordered

Andrew Chappell, District Court Judge
Sixth Judicial District of Iowa

Electronically signed on 2025-12-22 11:06:29